UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
        v.                          )    Criminal No. 1:04MJ0063-LPC
                                    )
AMIR PINTO BREGUEZ,                 )
_____)

## WAIVER OF INDICTMENT

    I, Amir Pinto Breguez, the above-named defendant, accused of being an alien found in the United States without authorization after having been excluded, removed, and deported from the United States in violation of Title 18, United States Code, Section 1326(a) and (b) and Title 6, United States Code, Section 202(3) and (4) and Section 557 and using a social security account number obtained on the basis of false information to obtain a Massachusetts Driver's License in violation of Title 42, United States Code, Section 408(a)(7)(A), being advised of the nature of the charge, the proposed information, and my rights, hereby waive prosecution by indictment and consent that the proceeding may be by information rather than by indictment.


Defendant,                                  Defendant's Attorney,

/s/ *Amir Pinto Breguez*                    /s/ *Derege B. Demissie*
_____                      _____
AMIR PINTO BREGUEZ                          DEREGE B. DEMISSIE
                                            DEMISSIE & CHURCH
                                            929 Massachusetts Ave., Suite 01
                                            Cambridge, MA 02139
                                            Ph: (617) 354-3944
                                            Fx: (617) 354-0985

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2006.

                                             /s/ *Derege B. Demissie*
                                             _____
                                             DEREGE B. DEMISSIE