UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
        v.                              )        CRIMINAL NO.  04-M00063-LPC
                                        )
AMIR PINTO BREGUEZ                      )
_____)

NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her

appearance in the above-captioned matter.



                                 MICHAEL J. SULLIVAN
                                 United States Attorney

                         By:     /s/ Kimberly P. West
                                 KIMBERLY P. WEST
                                 Assistant U.S. Attorney



DATED: November 29, 2006