UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                               )
UNITED STATES OF AMERICA  )
                               )
     v.                        )      Criminal No. 1:04MJ0063-LPC
                               )
AMIR PINTO BREGUEZ,      )
_____)

## MOTION TO WAIVE PRESENTENCE INVESTIGATION REPORT

     Now comes the Defendant, Amir Pinto Breguez, and hereby moves that the Court schedule this matter for a hearing on Defendant's change of plea and sentencing without requiring presentence investigation report.

     As grounds for his motion the Defendant states that the parties intend to present a joint sentencing recommendation to the Court and the interest of justice require that the case be disposed of without further delay.

     Wherefore, the defendant requests that the Court waive the filing of presentence report prior to sentencing in this matter.

                                               Defendant's Attorney,

                                               */s/ Derege B. Demissie*
                                               DEREGE B. DEMISSIE
                                               DEMISSIE & CHURCH
                                               929 Massachusetts Ave., Suite 01
                                               Cambridge, MA 02139
                                               Ph: (617) 354-3944
                                               Fx: (617) 354-0985

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2006.

                                               */s/ Derege B. Demissie*
                                               DEREGE B. DEMISSIE