AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
CLERKS OFFICE
2006 DEC -8 P 2:06

U.S. DISTRICT COURT
DISTRICT OF MASS.

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Amir Pinto Breguez, Jr.

**WARRANT FOR ARREST**

CASE NUMBER: 04-M00063-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ AMIR PINTO BREGUEZ, Jr. _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
illegal re-entry and misuse of social security account number

in violation of
Title    8 U.S.C. 1326(a) and   United States Code, Section(s)  42 U.S.C. 408(a)(7)(A)

Lawrence P. Cohen
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

08-31-2004
Date and Location

Bail fixed at $ _____ by _____
                          Name of Judicial Officer

## RETURN   ICE

This warrant was received and executed with the arrest of the above-named defendant at _____ 11/30/06

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically _____ by Elite Federal Forms, Inc.